UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-562-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | DEFAULT JUDGMENT |
| v. | ) | |
| MAUREEN DENISE McOUAT, | ) | |
| Defendant. | ) | |

UPON CONSIDERATION OF the Plaintiff's Motion for Default Judgment, and the entire record,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED that Judgment by Default is hereby entered against Defendant Maureen Denise McOuat, for failure of answer and in favor of Plaintiff, the United States of America, in the principal amount of $117,564.92, with interest of $2,870.06 accrued as of July 31, 2014, plus interest accruing daily thereafter at the legal rate, together with present and future costs and disbursements incurred by Plaintiff in this action.

IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the rate of 0.22 %.

This  27  day of  February , 2015.


_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE